# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**BRANDON GARRETT**                                                                      **PLAINTIFF**

**V.**                                                                     **NO. 1:16-CV-197-DMB-DAS**

**CITY OF TUPELO, MISSISSIPPI**                                                 **DEFENDANT**

## ORDER

On May 9, 2017, Brandon Garrett filed a motion to transfer trial in this case from the federal courthouse in Greenville, Mississippi, to the federal courthouse in Aberdeen, Mississippi. Doc. #16. The City of Tupelo did not respond to the motion to transfer but filed a motion for summary judgment on all Garrett's claims. Doc. #44. Additionally, on March 12, 2018, the City of Tupelo filed an unopposed motion to continue trial. Doc. #58.

Upon consideration, the motion to continue [58] is **GRANTED**. Trial in this case is **CONTINUED** until July 16, 2018. Furthermore, in light of the continuance and pending dispositive motion, the motion to transfer [16] is **DENIED without prejudice**. Should summary judgment be denied, Garrett may file a renewed motion to transfer.

**SO ORDERED**, this 20th day of March, 2018.

                                                                   /s/Debra M. Brown
                                                                  **UNITED STATES DISTRICT JUDGE**