IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BRANDON GARRETT**                                                         **PLAINTIFF**

**V.**                                          **NO. 1:16-CV-197-DMB-DAS**

**CITY OF TUPELO, MISSISSIPPI**                                 **DEFENDANT**

## FINAL JUDGMENT

This case was tried by a jury with the undersigned judge presiding, and the jury rendered a verdict for Brandon Garrett. In accordance with the jury verdict, judgment is entered against the City of Tupelo, Mississippi, in the amount of $20,000.

**SO ORDERED**, this 23rd day of July, 2018.

                                                            **/s/Debra M. Brown**
                                                            **UNITED STATES DISTRICT JUDGE**