# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 17, 2018

Mr. David Crews
Northern District of Mississippi, Aberdeen
United States District Court
301 W. Commerce Street
Aberdeen, MS 39730

      No. 18-60593    Brandon Garrett v. City of Tupelo,
                    Mississippi
                    USDC No. 1:16-CV-197

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

cc w/encl:
    Mr. Sidney Ray Hill III
    Mr. Jim D. Waide III

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 18-60593

_____

BRANDON GARRETT,

      Plaintiff - Appellant

v.

CITY OF TUPELO, MISSISSIPPI,

      Defendant - Appellee

**A True Copy**
**Certified order issued Sep 17, 2018**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeal from the United States District Court
for the Northern District of Mississippi

_____

CLERK'S OFFICE:

      Under FED. R. APP. P. 42(b), the appeal is dismissed as of September 17, 2018, pursuant to appellant's motion.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              *Allison Lopez*

                              By: _____
                              Allison G. Lopez, Deputy Clerk

           ENTERED AT THE DIRECTION OF THE COURT